UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**REHMAN RAHIM, ET AL.**                    **CIVIL ACTION**

**VERSUS**                                  **NO. 22-5231**

**INDEPENDENT SPECIALTY**                   **SECTION "B"(4)**
**INSURANCE COMPANY**

## ORDER & REASONS

Before the Court is defendant Independent Specialty Insurance Company's "motion to compel arbitration and to stay or, alternatively dismiss the proceedings" (R. Doc. 21). Plaintiffs' untimely filed opposition to defendant's motion was ordered stricken from the record on defendant's motion.[1] Accordingly, we will treat the motion to compel arbitration as unopposed but have separately reviewed the merits of the motion in a related action, along with pertinent matters asserted in an identical opposition thereto.

In the related[2] Civil Action 22-3771 B(4), *Southeastern Hospitality Partner, LLC, v. Independent Specialty Insurance Company*, we issued order and reasons (O&R) that granted nearly an identical motion to compel arbitration and stay as the motion in this case. *See Id.* at ECF No. 46 (E.D. La. March 19, 2024). Therefore, we **adopt in extenso** the reasoning set forth in that O&R in granting the instant motion to compel arbitration in the captioned matter.

Accordingly,

**IT IS HEREBY ORDERED** that defendant's motion is **GRANTED**, compelling parties to arbitrate in compliance with the terms of their surplus lines policy and staying this case pending arbitration (R. Doc. 21);

---

[1] *See* R. Docs. 46, 53.
[2] *See* R. Doc. 52.

**IT IS FURTHER ORDERED** that this case be **ADMINISTRATIVELY CLOSED** without prejudice to the parties' rights to reopen the case after conclusion of the arbitration proceedings subject to the following; and

**IT IS FURTHER ORDERED that no later than thirty (30) days after the conclusion of the arbitration proceedings**, the parties shall file a motion to lift the stay, or a joint motion to voluntarily dismiss.  **Failure to timely comply with this order may lead to sanctions, including dismissal of petition or defenses, without further notice.**  *See* Fed. R. Civ. P. 41(b).

New Orleans, Louisiana, this 19th day of March, 2024

_____
Senior United States District Judge